IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                      No. CIV S-00-1095 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 7, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

1

1         In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the court finds the findings and recommendations to
5 be supported by the record and by proper analysis.
6         On July 21, 2005, defendants filed a request for
7 extension of time to file their objections.  On July 25, 2005,
8 defendants filed timely objections.  Accordingly, the July 21,
9 2005, request for extension of time is denied as unnecessary.
10         Accordingly, IT IS HEREBY ORDERED that:
11         1.  Defendants' July 21, 2005, request for extension of
12 time to file objections is denied as unnecessary;
13         2.  The findings and recommendations filed July 7, 2005
14 are adopted in full;
15         3  Defendants' March 10, 2005, summary judgment motion
16 is granted as to all defendants for plaintiff's claim that he was
17 denied exercise from January 1999 to January 2000; defendants'
18 summary judgment is denied as to plaintiff's claim that he was
19 denied exercise following January 2000; defendants' summary
20 judgment motion is denied as to the claim that plaintiff failed
21 to link defendants to the alleged deprivation; and
22 /////
23 /////
24 /////
25 /////
26 /////

2

1           3.   Defendants Farris, Briddle, Coe, Cook, Singletary
2  and Beagle are granted summary judgment sua sponte for all
3  purposes.
4  Dated:  August 30, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge