IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    No. CIV S-00-1095 GEB GGH P

    vs.

C.A. TERHUNE, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On August 30, 2005, the district court granted in part and denied in part defendants' summary judgment motion. The court will now schedule this action for trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file his pretrial statement on or before October 6, 2005; defendants shall file their pretrial statement on or before October 20, 2005; the pretrial conference shall be conducted on the papers only on October 27, 2005;

        2. The jury trial is set for February 28, 2006, at 9:00 a.m. before the Honorable Garland E. Burrell.

DATED: 9/2/05

                                                 /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS

gup1095.sch                                   UNITED STATES MAGISTRATE JUDGE