BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6453
 Fax: (916) 324-5205

Attorneys for Defendants Terhune, Castro, Runnels, and Scribner
CA2000CX0217

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAJ CHRISTOPHER GUPTA,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**C. A. TERHUNE, et al.,**<br><br>                                    Defendants. | CIV S-00-1095 GEB GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PRETRIAL STATEMENT** |

The Court, having considered defendants' request for an extension of time to file their pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**: that defendants shall have, to an including November 3, 2005, to complete and file their pretrial statement.

DATED: 11/22/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

gupta.eot(2).wpd

*[Proposed] Order Granting Extension of Time to File Pretrial Statement*
1