IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAJ CHRISTOPHER GUPTA,** | 2:00-CV-1095 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **C. A. TERHUNE, et al.,** | |
| Defendants. | |

Trial in this case is presently set for May 9, 2006, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr. Therefore, pretrial documents shall be filed according to the following schedule:

Trial briefs, to be filed no less than ten days prior to trial in accordance with Local Rule 16-285.

The parties shall exchange trial exhibits at the trial confirmation hearing. Any objections to the trial exhibits shall be filed no less than ten days before trial.

Motions in limine, to be filed no less than seven days before trial.

/ / /

/ / /

/ / /

1   Proposed vor dire questions, and jury instructions are to be filed pursuant to Local Rule
2   47-162(a), and Local Rule 51-163(a), with the exception that proposed vor dire questions and
3   proposed jury instructions are to be filed not less than fourteen days before trial.

Dated: 2/22/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

gupta.sch