IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>        Plaintiff,<br><br>    v.<br><br>C.A. TERHUNE, et al.,<br><br>        Defendants. | 2:00-cv-1095-GEB-GGH-P<br><br>RULING ON DEFENDANTS'<br>IN LIMINE MOTIONS |

Defendants' in limine motions filed April 28, 2006, raise matters that may not become trial issues, and if they do, can be handled at trial.  Therefore, the motions are denied.

IT IS SO ORDERED.

Dated:  May 2, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1