IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C.A. TERHUNE, et al.,<br><br>　　　　　　Defendants. | 2:00-cv-1095-GEB-GGH-P<br><br>RULING ON PLAINTIFF'S<br>IN LIMINE MOTION |

　　　　On January 3, 2006, Plaintiff filed a motion in limine in which he seeks to have Defendants precluded from presenting their "'volunteer' defense" during the trial scheduled to commence on May 9, 2006, arguing that "[the defense] is irrelevant to the Eighth Amendment issue . . . ." (Pl.'s Mot. in Limine at 1.)  Since evidence on the issue underlying the referenced defense has not been shown irrelevant, the motion is denied.

　　　　IT IS SO ORDERED.

Dated:  May 3, 2006

　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1