IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    2:00-cv-1095-GEB-GGH-P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 17, 2006, judgment was entered in favor of defendants following a jury trial.  On May 24, 2006, plaintiff filed a notice of appeal.

        Pending before the court is plaintiff's June 8, 2006, motion for transcripts at government expense.  28 U.S.C. § 753(f) provides that "[f]ees for transcripts furnished to...persons permitted to appeal in forma pauperis shall...be paid by the United States if the [bankruptcy] judge or [district] judge certifies that the appeal is not frivolous (but presents a substantial question)."

        In his notice of appeal, plaintiff states that he appealing the following issues: 1) the orders filed November 15, 2000, June 14, 2004, February 1, 2005, and August 20, 2005; 2) the March 31, 2006, pretrial order denying plaintiff's request for a court appointed expert; 3) the

1  March 31, 2006, order denying plaintiff's request to use a to-scale floor plan; 4) various trial
2  court errors during trial.
3        After reviewing the record, the court does not find that plaintiff's appeal presents
4  a substantial question.
5        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 8, 2006, motion for
6  transcripts is denied.
7  Dated: July 13, 2006

            /s/ Garland E. Burrell, Jr.
            GARLAND E. BURRELL, JR.
            United States District Judge